UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA LLC,

    Plaintiff,

vs

JOHN DOE SUBSCRIBER ASSIGNED
IP ADDRESS 68.40.72.69 and
FOUAD BAZZY,

    Defendants.
    _____/

Case No: 13-11404
Hon. Victoria A. Roberts

## ORDER TO STRIKE

The Joint Discovery Plan [Doc 12] does not comply with Judge Roberts' requirements. It must be refiled within 3 days in strict compliance with the requirements set forth in the Notice of Status and Scheduling Conference [Doc 10]. It addition, it must contain the electronic signature of the parties. Document 12 is STRICKEN.

    ORDERED.

                                        S/Victoria A. Roberts
                                        Victoria A. Roberts
                                        United States District Judge

Dated: September 4, 2013

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Fouad Bazzy by electronic means or U.S. Mail on September 4, 2013.

s/Carol A. Pinegar
Deputy Clerk